UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

ANTHONY J. BATOR,

        Appellant,

   v.

UNITED STATES OF AMERICA,

        Appellee.

NO. CR. S-09-424 LKK

O R D E R

Appellant was convicted and sentenced on two misdemeanor counts by the magistrate judge. Pursuant to Fed. R. Crim. P. 58(g)(2)(B) and Local Rule 12-430(j), appellant appeals his conviction and sentence to this court. Appellant is proceeding pro se, and has filed an application to proceed in forma pauperis in this appeal.

The filing fee for this appeal is $32.00, pursuant to the schedule adopted by the Judicial Conference of the United States. See 28 U.S.C. § 1914(b). The district court may authorize this appeal "without prepayment of fees" by an individual who submits an

1

affidavit demonstrating his inability to pay. 28 U.S.C. § 1915(a). Because appellant has not attached such a sworn affidavit, the court must deny the application.

The court also notes that the to receive in forma pauperis status, appellant must demonstrate that $32.00 filing fee is itself unaffordable. Even if the court were to treat appellant's application as an affidavit, appellant's general statement that he is unemployed and that he cannot borrow money fails to demonstrate that he is unable to pay the filing fee.

Accordingly, appellant's application to proceed in forma pauperis is DENIED.

IT IS SO ORDERED.

DATED: October 5, 2009

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT