UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

ANTHONY J. BATOR,

        Appellant,

   v.

UNITED STATES OF AMERICA,

        Appellee.
_____/

NO. CR. S-09-424 LKK

O R D E R

Appellant was convicted and sentenced on two misdemeanor counts by the magistrate judge. Pursuant to Fed. R. Crim. P. 58(g)(2)(B) and Local Rule 12-430(j), appellant appeals his conviction and sentence to this court. On October 6, 2009, the court denied appellant's motion for in forma pauperis status, and directed appellant to pay the $32.00 filing fee. (Doc. No. 32). This fee has not yet been paid. Accordingly, appellant is ORDERED to pay this fee within fifteen (15) days of the date of this order.

////

////

1

1  If the fee is not paid in this time, the appeal will be dismissed.
2       IT IS SO ORDERED.
3       DATED: October 26, 2009.

```
                              /s/ Lawrence K. Karlton
                              LAWRENCE K. KARLTON
                              SENIOR JUDGE
                              UNITED STATES DISTRICT COURT
```