IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN
DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| United States of America | ) | |
| Appellee | ) | Case No. 2:09-cr-00424-LKK-1 |
| vs. | ) | **ORDER** |
| Anthony J. Bator | ) | |
| Appellant | ) | |

The Motion to Continue filed on December 15, 2009, is hereby GRANTED. The status conference currently set for January 5, 2010 is continued to **February 2, 2010** at 9:15AM before Senior Judge Lawrence K. Karlton.

IT IS SO ORDERED.

Date:   December 21, 2009

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT