BENJAMIN B. WAGNER
United States Attorney
MATTHEW C. STEGMAN
Assistant U.S. Attorney
MATTHEW P. DE MOURA
Certified Law Clerk, Misdemeanor Unit
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2936

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. Cr. S-09-424 LKK |
| | ) | |
| Plaintiff-Appellee, | ) | APPELLEE'S EXPARTE MOTION TO |
| | ) | CONTINUE BRIEFING SCHEDULE AND |
| | ) | ORDER |
| v. | ) | |
| | ) | |
| ANTHONY BATOR, | ) | |
| | ) | Date: February 2, 2010 |
| Defendant-Appellant. | ) | Time: 8:30 a.m. |
| _____ | ) | Judge: Hon. Lawrence K. Karlton |

Appellee-Plaintiff United States of America, by and through its counsel, Assistant United States Attorney Matthew C. Stegman and Matthew P. De Moura, Certified Law Clerk, respectfully apply for an Order to continue the briefing schedule.  The reason for this request is that the Government just very recently received the defendant's brief and needs additional time to review the transcripts and draft a response.  The defendant has already requested one continuance.  This is the first request for a continuance by the Government.  See attached Declaration of Matthew C. Stegman.

///

The Government respectfully requests that the Court continue the briefing schedule as follows:

| | |
|---|---|
| Appellee's Brief was filed: | January 21, 2010. |
| Government's Response Brief due: | March 8, 2010. |
| Appellee's Reply, if any, due: | March 29, 2010. |
| Hearing, if any, on: | April 13, 2010 at 9:15AM. |

D E C L A R A T I O N

I, MATTHEW C. STEGMAN, declare as follows:

1. I am an Assistant U.S. Attorney for the Eastern District of California.

2. Matthew P. De Moura, Certified Law Clerk, has been assigned this case and will be petitioning the Court for permission to make oral arguments in this case.

3. Matthew P. De Moura, under my supervision, will be writing the response brief in United States v. Anthony Bator, Cr. No. S-09-424 LKK.

4. The United States has not previously asked for an extension of time in responding to this matter in this case.

5. The defendant requested a continuance of the briefing schedule to file his opening brief.

6. The defendant filed his brief on January 21, 2010. The Government has twenty-one (21) days to respond and is due no later than February 11, 2010. The hearing for this matter being scheduled for Tuesday, February 2, 2010.

7. The defendant has been contacted and he has denied the Government's request to continue the matter and the proposed briefing schedule. The reason for the defendant's refusal to continue was a desire to adjudicate the matter.

8. The reason for this continuance is due to assignment of this matter to Mr. De Moura and additional time is required to review the transcripts, the file and to timely file the Government's response brief.

///

///

1    Based on the information provided to me by Matthew P. De
2 Moura, I declare under the penalties of perjury that foregoing is
3 true and correct to the best of my knowledge.  Executed this 1st
4 day of February, 2010.

DATED:     February 1, 2010
                                    BENJAMIN B. WAGNER
                                    United States Attorney


                                By: /s/ Matthew C. Stegman
                                    MATTHEW C. STEGMAN
                                    Assistant U.S. Attorney



                              ORDER

     IT IS SO ORDERED.

DATED: February 1, 2010


                              _____
                              LAWRENCE K. KARLTON
                              SENIOR JUDGE
                              UNITED STATES DISTRICT COURT