```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  MATTHEW C. STEGMAN
    Assistant U.S. Attorney
 3  MATTHEW P. DE MOURA
    Certified Law Clerk, Misdemeanor Unit
 4  501 I Street, Suite 10-100
    Sacramento, California 95814
 5  Telephone: (916) 554-2936
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. Cr. S-09-424 LKK |
| | ) | |
| Plaintiff-Appellee, | ) | APPELLEE'S EXPARTE MOTION TO |
| | ) | CONTINUE BRIEFING SCHEDULE AND |
| | ) | ORDER |
| v. | ) | |
| | ) | |
| ANTHONY BATOR, | ) | |
| | ) | Date: April 13, 2010 |
| Defendant-Appellant. | ) | Time: 9:15 a.m. |
| _____ | ) | Judge: Hon. Lawrence K. Karlton |

Appellee-Plaintiff United States of America, by and through its counsel, Assistant United States Attorney Matthew C. Stegman and Matthew P. De Moura, Certified Law Clerk, respectfully apply for an Order to continue the briefing schedule.  The reason for this request is that the Government needs additional time to prepare its response because of the complexity of the defendant's brief.  The defendant raises sixteen separate issues and reference more than 400 pages of transcripts in his brief.  Additionally, the supervising attorney for the Government on this case will be instructing a training course during the week of March 1 in another state, and will not be able to review the Government's response brief before the current deadline.  Both the defendant

and the Government have previously requested one continuance each. See attached Declaration of Matthew C. Stegman.

The Government respectfully requests that the Court continue the briefing schedule as follows:

Appellee's Brief was filed:         January 21, 2010.
Government's Response Brief due:    April 7, 2010.
Appellee's Reply, if any, due:      April 28, 2010.
Hearing, if any, on:                May 18, 2010.

DATED:   February 26, 2010         Respectfully submitted,

                                   BENJAMIN B. WAGNER
                                   United States Attorney


                                   By: /s/ Matthew C. Stegman
                                       MATTHEW C. STEGMAN
                                       Assistant U.S. Attorney


ORDER

IT IS SO ORDERED.

DATED: February 26, 2010


_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2