```
 1 | BENJAMIN B. WAGNER
   | United States Attorney
 2 | MATTHEW C. STEGMAN
   | Assistant U.S. Attorney
 3 | MATTHEW P. DE MOURA
   | Certified Law Clerk, Misdemeanor Unit
 4 | 501 "I" Street, Suite 10-100
   | Sacramento, CA  95814
 5 | Telephone: (916) 554-2936
 6 |
 7 |
 8 |            IN THE UNITED STATES DISTRICT COURT FOR THE
 9 |                  EASTERN DISTRICT OF CALIFORNIA
10 |
11 | UNITED STATES OF AMERICA,    )   Cr. No. S-09-424 LKK
   |                              )
12 |       Plaintiff-Appellee,    )   ORDER AUTHORIZING CERTIFIED LAW
   |                              )   STUDENT TO APPEAR AND ARGUE ON
13 |    v.                        )   BEHALF OF THE GOVERNMENT
   |                              )
14 | ANTHONY BATOR,               )   DATE:   May 18, 2010
   |                              )   TIME:   9:15 a.m.
15 |       Defendant-Appellant.   )   JUDGE:  Hon. Lawrence K. Karlton
   |                              )
16 |_____)
```

17    Under Local Rule 83-181, the government's request for

18 permission for MATTHEW P. DE MOURA, a certified law student in

19 the United States Attorney's Office Misdemeanor Unit, to argue

20 the appeal on behalf of the government is granted.

21 IT IS SO ORDERED.

22 DATED: April 28, 2010

23                                    _____
                                      LAWRENCE K. KARLTON
24                                    SENIOR JUDGE
                                      UNITED STATES DISTRICT COURT